IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                     CAUSE NO. 1:23CR135-LG-BWR-1

**KARL CHRISTOPHER TALLEY**

### ORDER EXTENDING PERIOD OF COMMITMENT FOR TREATMENT PURSUANT TO 18 U.S.C. § 4241(d)(2)(A)

On July 18, 2024, the Court found by a preponderance of the evidence that Defendant Karl Christopher Talley was "suffering from a mental disease or defect rendering him mentally incompetent to the extent that he [was] unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." Order [33]. As a result, the Court committed Defendant to the custody of the United States Attorney General for treatment in a suitable facility pursuant to 18 U.S.C. § 4241(d).

On April 21, 2025, the Court received a [34] Forensic Evaluation Report from Forensic Psychologist Marina Mukhin, PsyD, concerning her evaluation of Defendant at the Federal Medical Center in Butner, North Carolina. Dr. Mukhin opines that Defendant continues to suffer from a mental disease or defect that renders him not competent to stand trial. She has also determined that transportation of Defendant at this time would hinder his treatment and recovery.

Dr. Mukhin further opines that "there is a substantial probability that with continued medication compliance and restoration that he can attain the capacity to proceed." Report [34] at 11–12. She asks the Court to grant an additional period of

restoration pursuant to 18 U.S.C. § 4241(d)(2), and she agrees to submit semi-annual reports concerning Defendant's competency to stand trial.

After reviewing the Report and the applicable law, the Court finds that Defendant is not competent to stand trial at this time, and that transfer to another location would disrupt his treatment. However, there is a substantial probability that Defendant could become competent to stand trial if he remains committed for an additional reasonable time.

**IT IS THEREFORE ORDERED AND ADJUDGED** that, pursuant to 18 U.S.C. § 4241(d)(2)(A), Defendant's hospitalization for treatment is **EXTENDED** for an additional reasonable period of time until he is competent to stand trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that semi-annual reports concerning Defendant's ability to stand trial shall be provided to the Court and to the parties as required by 18 U.S.C. § 4247(e)(A).

**SO ORDERED AND ADJUDGED** this the 23rd day of April, 2025.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge